IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| **MICHAEL W. HOLLOWAY,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 3:08cv705-MHT |
| | ) | (WO) |
| **FIRST PEACHTREE FINANCE,** | ) | |
| a foreign company, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**JUDGMENT**

Pursuant to the notice of dismissal (Doc. No. 7), it is the ORDER, JUDGMENT, and DECREE of the court that defendant Equifax Information Services, LLC is dismissed with prejudice, with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 18th day of September, 2008.

                                                               /s/ Myron H. Thompson
                                          UNITED STATES DISTRICT JUDGE