IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **MICHAEL W. HOLLOWAY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 3:08-cv-705-MHT |
| | ) |
| **FIRST PEACHTREE FINANCE, DT** | ) |
| **CREDIT COMPANY, EQUIFAX** | ) |
| **INFORMATION SERVICES, LLC,** | ) |
| **TRANSUNION, LLC,** | ) |
| | ) |
| **Defendants.** | ) |

MOTION TO DISMISS WITH PREJUDICE AS TO
**FIRST PEACHTREE FINANCE**

The Plaintiff, Michael Holloway, hereby requests that the following stated Defendant be dismissed with prejudice from this lawsuit: First Peachtree Finance.

Respectfully submitted this the 22nd day of September, 2008.

/s/ Andy Nelms
K. ANDERSON NELMS (NEL022)
2005 Cobbs Ford Road, Suite 301A
Prattville, AL 36066
Phone: (334) 351-1770
Fax: (334) 351-1774
andynelms@andersonnelms.com
ASB-6972-E63K
Counsel for Plaintiff

1

**CERTIFICATE OF SERVICE**

      This is to certify that I have this day served a true and correct copy of the foregoing MOTION TO DISMISS WITH PREJUDICE AS TO FIRST PEACHTREE FINANCE by depositing same in the United States mail, properly addressed with sufficient postage affixed thereto to ensure delivery to:

FIRST PEACHTREE FINANCE
5784 Lake Forrest Drive, NW, Suite 200
Atlanta, Georgia 30328

                        /s/ Andy Nelms
                        OF COUNSEL