IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| **MICHAEL W. HOLLOWAY,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 3:08cv705-MHT |
| | ) | |
| **FIRST PEACHTREE FINANCE,** | ) | |
| **a foreign company, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

It is ORDERED that the motion to dismiss (Doc. No. 9) is set for submission, without oral argument, on October 10, 2008, with all briefs due by said date.

DONE, this the 22nd day of September, 2008.

                                        /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**