IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
MICHAEL W. HOLLOWAY,        )
                            )
    Plaintiff,              )
                            )      CIVIL ACTION NO.
    v.                      )        3:08cv705-MHT
                            )            (WO)
FIRST PEACHTREE FINANCE,    )
a foreign company, et al.,  )
                            )
    Defendant.              )
```

## JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that plaintiff Michael W. Holloway's motion to dismiss (Doc. No. 13) is granted and that defendant First Peachtree Finance is dismissed with prejudice, with costs taxed as paid.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 24th day of September, 2008.

        /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE