IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **MICHAEL W. HOLLOWAY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 3:08-cv-705-MHT |
| | ) |
| **FIRST PEACHTREE FINANCE, DT** | ) |
| **CREDIT COMPANY, EQUIFAX** | ) |
| **INFORMATION SERVICES, LLC,** | ) |
| **TRANSUNION, LLC,** | ) |
| | ) |
| **Defendants.** | ) |

NOTICE OF DISMISSAL WITH PREJUDICE AS TO
<u>DT CREDIT COMPANY</u>

The Plaintiff, Michael Holloway, hereby requests that the following stated Defendant be dismissed with prejudice from this lawsuit: DT Credit Company.

Respectfully submitted this the 7th day of November, 2008.

/s/ Andy Nelms
K. ANDERSON NELMS (NEL022)
2005 Cobbs Ford Road, Suite 301A
Prattville, AL 36066
Phone: (334) 351-1770
Fax: (334) 351-1774
andynelms@andersonnelms.com
ASB-6972-E63K
Counsel for Plaintiff

2

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the foregoing NOTICE OF DISMISSAL WITH PREJUDICE AS TO DT CREDIT COMPANY by depositing same in the United States mail, properly addressed with sufficient postage affixed thereto to ensure delivery to:

DT Credit Comany
c/o Broad and Cassel
100 North Tampa Street, Suite 3500
Tampa, FL 33602

/s/ Andy Nelms
OF COUNSEL