# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### EASTERN DIVISION

| | |
|---|---|
| **MICHAEL W. HOLLOWAY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 3:08-cv-705-MHT |
| ) | |
| **FIRST PEACHTREE FINANCE, DT** ) | |
| **CREDIT COMPANY, EQUIFAX** ) | |
| **INFORMATION SERVICES, LLC,** ) | |
| **TRANSUNION, LLC,** ) | |
| ) | |
| **Defendants.** ) | |

## JOINT STIPULATION OF DISMISSAL WITH CERTIFICATION OF FILER

COMES NOW the plaintiff, by and through counsel, K. Anderson Nelms, and the defendant, TRANS UNION, by and through counsel, Kary B. Wolfe, and stipulate, pursuant to *Rule 41 of the Federal Rules of Civil Procedure*, that this action and all claims alleged in the Complaint are hereby dismissed, with prejudice. Pursuant to Administrative Procedure II.C.3, the filer of this Joint Stipulation of Dismissal, K. Anderson Nelms, certifies that he has the express permission and agreement of all parties to affix their respective electronic signature and further certifies that the Parties have agreed to the terms and conditions of this Joint Stipulation of Dismissal.

Plaintiff informs this Honorable Court that all defendants have been dismissed and this case is due to be closed at this time.

WHEREFORE, THE PREMISES CONSIDERED, the parties respectfully request this Honorable Court to dismiss TRANS UNION, with prejudice, costs taxed as paid.  All other claims asserted shall remain pending.

Respectfully submitted this 10th day of November, 2008.

/s / Andy Nelms
Keith Anderson Nelms (ASB-6972-E63K)
Attorney - Plaintiff
Anderson Nelms & Associates, LLC
2005 Cobbs Ford Road, Suite 301A
Prattville, Alabama 36066
Phone:  (334) 351-1770
Fax:     (334) 351-1774
andynelms@andersonnelms.com

/s / Kary B. Wolfe
Kary B. Wolfe
Attorney - Defendant
Walston Wells & Birchall, LLP
P.O. Box 83062
Birmingham, AL 35283-0642
Phone:  (205) 250-5200
Fax:     (205) 250-5400
kwolfe@walstonwells.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and accurate copy of the foregoing document via either United States Postal Mail, properly addressed and postage pre-paid or through this court's CM/ECF Electronic Filing system on this the 10th day of November, 2008, on the following:

Kary B. Wolfe, Esq.
Walston Wells & Birchall, LLP
P.O. Box 83062
Birmingham, AL 35283-0642
Attorney for Defendant

/s/ Andy Nelms
Of Counsel