IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| **MICHAEL W. HOLLOWAY,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 3:08cv705-MHT |
| ) | (WO) |
| **FIRST PEACHTREE FINANCE,** ) | |
| **a foreign company, et al.,** ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

Pursuant to the notice of dismissal (Doc. No. 18), it is the ORDER, JUDGMENT, and DECREE of the court that defendant DT Credit Company is dismissed with prejudice, with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 12th day of November, 2008.

                /s/ Myron H. Thompson
           UNITED STATES DISTRICT JUDGE