IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| MICHAEL W. HOLLOWAY,           ) | |
|     )| |
|     Plaintiff,           ) | |
|     )| CIVIL ACTION NO. |
|     v.           ) | 3:08cv705-MHT |
|     )| (WO) |
| FIRST PEACHTREE FINANCE,     ) | |
| a foreign company, et al.,  ) | |
|     )| |
|     Defendant.           ) | |

## JUDGMENT

Pursuant to the stipulation of dismissal (Doc. No. 19), it is the ORDER, JUDGMENT, and DECREE of the court that defendant TransUnion, LLC, and the claims against it are dismissed with prejudice, with the parties to bear their own costs.

It is further ORDERED that all outstanding motions are denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Because this case has been completely resolved, it is now closed.

DONE, this the 17th day of November, 2008.

    <u>/s/ Myron H. Thompson</u>
    **UNITED STATES DISTRICT JUDGE**